**Opinion issued May 7, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00744-CR

————————————

**TACORIAN KEITH HOWARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 297th District Court**
**Tarrant County, Texas[1]**
**Trial Court Case No. 1630151**

---

### MEMORANDUM OPINION

Appellant, Tacorian Keith Howard, has filed an unopposed motion to dismiss

this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure

---

[1] The Texas Supreme Court transferred this appeal from the Court of Appeals for the Second District of Texas. *See* TEX. GOV'T CODE § 73.001 (authorizing transfer of cases between courts of appeals).

42.2(a) and no prior decisions have issued. *See* TEX. R. APP. P. 42.2(a), (b).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).